# Exhibit 2

Skip to main content

# 1984CV03233 Fuller, Kimberly vs. JetBlue Airways Corporation

- Case Type
- Contract / Business Cases
- Case Status
- Open
- File Date
- 10/16/2019
- DCM Track:
- F - Fast Track
- Initiating Action:
- Services, Labor and Materials
- Status Date:
- 10/16/2019
- Case Judge:
- 
- Next Event:
- 

**All Information** | **Party** | **Tickler** | **Docket** | **Disposition**

## Party Information

**Fuller, Kimberly**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Tiwari, Esq., Chetan
- Bar Code
- 692912
- Address
- Tiwari Law
  134 Warren St
  Boston, MA  02119
- Phone Number
- (617)396-6856

More Party Information

**JetBlue Airways Corporation**
- Defendant

**Alias**

**Party Attorney**

More Party Information

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 10/16/2019 | 01/14/2020 | 90 | |
| Answer | 10/16/2019 | 02/13/2020 | 120 | |
| Rule 12/19/20 Served By | 10/16/2019 | 02/13/2020 | 120 | |
| Rule 12/19/20 Filed By | 10/16/2019 | 03/16/2020 | 152 | |
| Rule 12/19/20 Heard By | 10/16/2019 | 04/13/2020 | 180 | |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Rule 15 Served By | 10/16/2019 | 02/13/2020 | 120 | |
| Rule 15 Filed By | 10/16/2019 | 03/16/2020 | 152 | |
| Rule 15 Heard By | 10/16/2019 | 04/13/2020 | 180 | |
| Discovery | 10/16/2019 | 08/11/2020 | 300 | |
| Rule 56 Served By | 10/16/2019 | 09/10/2020 | 330 | |
| Rule 56 Filed By | 10/16/2019 | 10/13/2020 | 363 | |
| Final Pre-Trial Conference | 10/16/2019 | 02/08/2021 | 481 | |
| Judgment | 10/16/2019 | 10/15/2021 | 730 | |

**Docket Information**

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/16/2019 | Attorney appearance<br>On this date Chetan Tiwari, Esq. added for Plaintiff Kimberly Fuller | | |
| 10/16/2019 | Case assigned to:<br>DCM Track F - Fast Track was added on 10/16/2019 | | |
| 10/16/2019 | Original civil complaint filed. | 1 | Image |
| 10/16/2019 | Civil action cover sheet filed.<br><br>(100,000) (TRK) | 2 | Image |
| 10/16/2019 | Demand for jury trial entered. | | |
| 10/30/2019 | Service Returned for<br>Defendant JetBlue Airways Corporation: Service through person in charge / agent; | 3 | Image |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |